### JERMAINE JONES *v.* COMMISSIONER OF CORRECTION

The petitioner Jermaine Jones' petition for certification for appeal from the Appellate Court, 115 Conn. App. 901 (AC 28968), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Alan Jay Black,* special public defender, in support of the petition.

*Ronald G. Weller,* senior assistant state's attorney, in opposition.

Decided September 9, 2009

### STATE OF CONNECTICUT *v.* MARTHA SLIGH

The defendant's petition for certification for appeal from the Appellate Court, 115 Conn. App. 197 (AC 28974), is denied.

*W. Theodore Koch III,* special public defender, in support of the petition.

*Laurie N. Feldman,* special deputy assistant state's attorney, in opposition.

Decided September 9, 2009